IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Ronald A. Elliott<br><br>*Debtor* | Case No.: 23-10161-MCR<br>Chapter 13 |

**MOTION TO RATIFY COMPROMISE OF CONTROVERSY**

Ronald A. Elliott, Debtor, by and through undersigned counsel and pursuant to F.R.B.P. 9019, requests that this Honorable Court enter an order to ratify a compromise of controversy, and in support thereof, states:

1. On January 10, 2023 ("Petition Date"), the Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 23-10161.

2. Rebecca A. Herr was appointed as Chapter 13 trustee.

3. On February 2, 2024, The Debtor filed an Application of the Debtor for the Entry of Order Authorizing Retention and Employment of Alan J. Mensh, Esquire as Special Counsel for Purposes of Prosecuting a Pre-Petition Personal Injury Claim *Nunc Pro Tunc* as Applicable to May 27, 2022 (ECF No.: 27), which this Court approved on March 27, 2024 (ECF. No. 40). The Debtor also filed amended Schedules A/B and C, listing and exempting the portion of personal injury claim attributable to pain and suffering, and medical bills, pursuant to Md. Code Ann., Cts. and Jud. Proc. § 11-504(b)(2) (ECF No. 35).

4. On March 27, 204, this Court approved the Application and Motion..

5. On March 22, 2023, Personal Injury Counsel, on behalf of the Debtor Ronald A. Elliott, filed suit against Defendant Yann Anthony Chimi and Defendant Government Employees

1

Insurance Company (GEICO) to prosecute the Personal Injury Claim in the Circuit Court for Prince George's County, Maryland, case no.: C-16-CV-23-001378 ("Personal Injury Case").

6. Personal Injury Counsel previously negotiated a settlement agreement with Defendant Chimi, entered on October 2, 2023, in the gross amount of Thirty Thousand Dollars ($30,000.00), which the Debtor agreed was fair and reasonable (the "First Settlement"), and this Court approved the First Settlement on March 27, 2024 (ECF No.: 40).

7. At the time of this Court's prior order an outstanding claim remained against GEICO, who was not a party to the First Settlement. Subsequent to this Court's March 27, 2024 Order, the parties reached a settlement against GEICO (the "Second Settlement"), which the Debtor agrees is fair and reasonable. A copy of the Settlement is attached hereto as **Exhibit 1**.

8. There remains an outstanding claim under the Personal Injury Case against Defendant GEICO, who is not a party to the Settlement for which Debtor presently seeks ratification.

9. The terms of the Settlement provide for payment in the gross amount of Forty Thousand Dollars ($40,000.00), and Personal Injury Counsel will receive fees of $13,333.00, representing a reduced fee of one-third of the total amount recovered.

10. Personal Injury Counsel will recover additional litigation costs comprised of an independent medical examination of Mr. Elliott ($1,197.00); Falcon Express delivery of all medical records to the physician performing this evaluation ($55.28); the services of James S. Wilson a private mediator with the law firm of Brault Graham LLC ($812.50); MDEC Filing fee for partial dismissal ($15.00) and private process service fee ($90.00), for a total costs of $2,170.30. A copy of these expenses is attached hereto (Exhibit 2). The Debtor will retain the balance of the settlement proceeds in the amount of $24,496.70.

11. . A copy of a breakdown of the incurred medical report and court filing expenses prepared by Personal Injury Counsel is attached hereto as **Exhibit 2**

12. The Debtor will retain the balance of the settlement proceeds in the amount of $24,496.70.

13. Personal Injury Counsel has received payment as described and is holding the funds in escrow pending court approval.

WHEREFORE, Ronald A. Elliott, Debtor, respectfully request that this Court enter an Order:

1. Authorizing Alan J. Mensh, Esquire, to disburse $15,503.30 from the proceeds of the Personal Injury Case for his legal representation of the Debtor Ronald A. Elliott in the Personal Injury Claim, including recovery of costs;

2. Authorizing Alan J. Mensh, Esquire, to disburse $24,496.70 to the Debtor as full and final payment to the Debtor of his allowed exemption in the Personal Injury Claim; and

3. All such other relief as this Honorable Court finds is just and proper.

Respectfully submitted,

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of July, 2024, a copy of the foregoing Motion to Ratify Compromise of Controversy, Notice of Motion, Proposed Order, and Exhibits was served via U.S. mail, postage prepaid, to all creditors and parties listed on the attached matrix, as well as the following:

3

| | |
|---|---|
| Rebecca A. Herr<br>*Chapter 13 Trustee*<br>Via ECF | Alan J. Mensh, Esquire<br>Via e-mail per prior agreement |
| Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770<br>Via first-class mail | |

                                                */s/ Eric S. Steiner*
                                                Eric S. Steiner,

```
Label Matrix for local noticing         American Express National Bank         CW Nexus Credit Card Holdings 1, LLC
0416-0                                  c/o Becket and Lee LLP                 Resurgent Capital Services
Case 23-10161                           PO Box 3001                            PO Box 10368
District of Maryland                    Malvern  PA 19355-0701                 Greenville, SC 29603-0368
Greenbelt
Wed Jul  3 20:49:11 EDT 2024

Capital One Auto Finance                Capital One N.A.                       Cavalry SPV I, LLC as assignee of Citibank,
a division of Capital One, N.A.         4515 N Santa Fe Ave                    PO Box 4252
c/o AIS Portfolio Services, LLC         Oklahoma City, OK 73118-7901           Greenwich, CT 06831-0405
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Citigroup Mortgage Loan Trust Inc. Asset-Bac   (p)COMPTROLLER OF MARYLAND      Discover Bank
c/o Cenlar FSB                          BANKRUPTCY UNIT                        Discover Products Inc
Attn: Bankruptcy Department             301 W PRESTON ST ROOM 409              PO Box 3025
425 Phillips Blvd.                      BALTIMORE MD 21201-2383                New Albany, OH  43054-3025
Ewing, NJ 08618-1430

Internal Revenue Service                LVNV Funding, LLC                      Mariner Finance
Centralized Insolvency Operation        Resurgent Capital Services             Attn: Bankruptcy
Post Office Box 7346                    PO Box 10587                           8211 Town Center Drive
Philadelphia, PA 19101-7346             Greenville, SC 29603-0587              Nottingham, MD 21236-5904


Alan J Mensh                            Gregory Christopher Mullen             NCB Management Services, Inc.
Ashcraft & Gerel, LLP                   BWW Law Group, LLC                     One Allied Drive
10 East Baltimore Street                6003 Executive Blvd                    Trevose, PA 19053-6945
Suite 1212                              Suite 101
Baltimore, MD 21202-1683                Rockville, MD 20852-3813

(p)PNC BANK RETAIL LENDING              PYOD, LLC                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 94982                           Resurgent Capital Services             PO BOX 41067
CLEVELAND OH 44101-4982                 PO Box 19008                           NORFOLK VA 23541-1067
                                        Greenville, SC 29602-9008


Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC     Mercury Financial/First Bank & Trust   Velocity Investments LLC
PO Box 788                              PO Box 788                             PO Box 788
Kirkland, WA  98083-0788                Kirkland, WA  98083-0788               Kirkland, WA  98083-0788


Eric S. Steiner                         Verizon
Steiner Law Group, LLC                  by American InfoSource as agent
PO Box 17598                            4515 N Santa Fe Ave
Pmb 83805                               Oklahoma City, OK 73118-7901
Baltimore, MD 21297-1598
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of the Treasury             PNC Bank NA                            Portfolio Recovery Associates, LLC
Compliance Division, Room 409           Bankruptcy Department                  POB 41067
301 W. Preston Street                   PO BOX 94982                           Norfolk VA 23541
Baltimore, MD 21201                     Cleveland, OH 44101
```

```
End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22
```