# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>Ronald A. Elliott<br><br>*Debtor* | Case No.: 23-10161-MCR<br>Chapter 13 |

## NOTICE OF OPPORTUNITY TO OBJECT TO
## MOTION TO RATIFY COMPROMISE OF CONTROVERSY

PLEASE TAKE NOTICE that the Debtor has filed a Motion to Ratify Compromise of Controversy with respect to a certain Personal Injury Case. This action sought to recover damages for personal injuries to the Debtor Ronald A. Elliott which occurred prior to the pendency of this case, and the Debtor contends that all proceeds of the said case are exempt pursuant to applicable law. The terms of the settlement, including any payments, are described in the Motion. As a result of the settlement, Personal Injury Counsel will receive fees and reimbursement as detailed in the Motion, and the Debtor will receive funds which are exempt from attachment or other administration, as more fully described in the motion. The Motion recites that the terms are fair and reasonable and in the best interests of the estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion is attached.**

All parties in interest have the right to file an objection. The objection must be filed with the Clerk of the Bankruptcy Court at 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 27740, and mail a copy of your objection to, within twenty-one (21) days of the date of this Notice:

> Eric S. Steiner, Esquire
> STEINER LAW GROUP, LLC
> PO Box 17598, PMB 83805
> Baltimore, Maryland 21297-1598

The Motion may be allowed without further notice if no timely objection is filed. The Court will issue a separate notice of the date and time for hearing on the Debtors' motion. An objection must state the facts and legal grounds on which the objection is based. If parties in interest have any questions regarding the subject of the notice, they may contact the undersigned.

1

DATED: July 4, 2024      `         */s/ Eric S. Steiner*
                                   Eric S. Steiner, Esquire
                                   Federal Bar No. 28705
                                   eric@steinerlawgroup.com
                                   **STEINER LAW GROUP, LLC**
                                   PO Box 17598, PMB 83805
                                   Baltimore, Maryland 21297-1598
                                   (410) 670-7060 (phone)
                                   (410) 834-1743 (fax)
                                   (410) 834-1743 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of July, 2024, a copy of the foregoing Motion to Ratify Compromise of Controversy, Notice of Motion, Proposed Order, and Exhibits was served via U.S. mail, postage prepaid, to all creditors and parties listed on the attached matrix, as well as the following:

| | |
|---|---|
| Rebecca A. Herr<br>*Chapter 13 Trustee*<br>Via ECF | Alan J. Mensh, Esquire<br>Via e-mail per prior agreement |
| Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770<br>Via first-class mail | |

                                   */s/ Eric S. Steiner*
                                   Eric S. Steiner,

2