IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

RONALD A. ELLIOTT,

    Plaintiff

v.     Case No. C-16-CV-23-001378

GOVERNMENT EMPLOYEES INS. CO.

    Defendant

## SETTLEMENT AGREEMENT

This will confirm that the above matter has been settled in full as to all claims for underinsured motorist benefits against Government Employees Insurance Company (GEICO) for Forty Thousand Dollars (**$40,000.00**). Plaintiff will satisfy any and all liens or subrogated interests, health, medical, Medicaid, Medicare or other, out of the proceeds of the settlement. Plaintiff will sign a full general release. The above-captioned matter will be dismissed with prejudice.

_____
Plaintiff – Ronald A. Elliott

_____
Alan Mensh
Attorney for Plaintiff

_____
Isaac Morgan
Attorney for Defendants

03-28-2024
Date