LAW OFFICES
# BRAULT GRAHAM, LLC
101 SOUTH WASHINGTON STREET
ROCKVILLE, MARYLAND 20850
(301) 424-1060
FAX (301) 424-7991

ALBERT D. BRAULT ᐃ
JAMES S. WILSON ᐃ
DAVID G. MULQUIN °
JAMES M. BRAULT ᐃ
DAVID F. RYDER*
RYAN M. ALLSHOUSE ᐃ

° ADMITTED TO MD ONLY
ᐃ ADMITTED TO MD & DC

ALBERT E. BRAULT
1906-2002
DENVER H. GRAHAM
1922-1987
LAURENCE T. SCOTT
1928-2007
DANIEL L. SHEA
1952-2017

March 28, 2024

**By E-Mail Only**

Alan Mensh, Esquire
David E. Fink, PA & Associates
25 Hooks Lane, Suite 210
Baltimore, MD 21208
amensh@davidefink.com

Isaac Morgan, Esquire
Wilson Forte, LLP
115 Professional Boulevard
Hagerstown, MD 21740
imorgan@wfortelaw.com

Re:   Ronald A. Elliott v. GEICO
      Circuit Court for Prince George's County, Maryland
      Case No. C-16-CV-23-001378

## STATEMENT OF PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 3/28/24 | Mediation (JSW) | |
| | Total 3.25 hours @ $500.00 (preparation and mediation) | $ 1,625.00 |
| | **To be split evenly between parties** | |
| | Alan Mensh, Esquire | **$812.50** |
| | Isaac Morgan, Esquire | **$812.50** |

MAKE CHECK PAYABLE TO: "BRAULT GRAHAM, LLC"

Tax ID #53-0205949

PLEASE INCLUDE A COPY OF THIS STATEMENT WITH YOUR PAYMENT



12200 Indian Creek Ct #165A
Beltsville, MD. 20705
fxtran.com
1-800-296-9696

# Invoice

| Customer Number |
|---|
| 9826 |
| Invoice Number |
| 149910 |
| Invoice Date |
| 1/21/2024 |
| Invoice Period |
| 1/15/2024-1/21/2024 |
| Invoice Amount |
| $55.28 |

Christine Vondersmith - Hogarth
Ashcraft & Gerel
120 E Baltimore St Ste 1802
Baltimore MD 21202-1683

> TO INSURE PROPER CREDIT PLEASE RETURN THIS TOP STUB WITH PAYMENT AND IDENTIFY IF PAYING MULTIPLE INVOICES.
> A FINANCE CHARGE OF 1 1/2% PER MONTH 18% PER YEAR WILL BE CHARGED TO ALL PAST DUE BALANCES OVER 30 DAYS.
> INVOICES MUST BE PAID IN FULL, DEDUCTIONS WILL NOT BE ALLOWED UNLESS AUTHORIZED IN ADVANCE.
> ANY CLAIM MUST BE MADE WITHIN 7 DAYS OF ITS OCCURENCE OR IT WILL NOT BE HONORED.
> IF THIS INVOICE IS PLACED FOR COLLECTIONS, CUSTOMER AGREES TO REIMBURSE FALCON EXPRESS TRANSPORTATION, INC. FOR ANY AND ALL EXPENSES, INCLUDING REASONABLE ATTORNEY'S FEES.
> SERVICE WILL AUTOMATICALLY BE SUSPENDED IF ACCOUNT BALANCE EXCEEDS 60 DAYS.

PLEASE NOTE: We will be increasing our standard pricing by an average of 5% beginning on or about January 1, 2024.

---

Please detach here and return this portion with your remittance check



12200 Indian Creek Ct #165A
Beltsville, MD. 20705
fxtran.com
1-800-296-9696

**PAYMENT DUE UPON RECEIPT**

| Customer Number | Invoice Date |
|---|---|
| 9826 | 1/21/2024 |
| Invoice Number | Invoice Amount |
| 149910 | $55.28 |

## On Demand

| Date Ready<br>Order Type | Order ID<br>Caller | Origin | Destination | | References<br>Billing Group |
|---|---|---|---|---|---|
| 1/9/2024 9:30 AM<br>Standard Car | 19663280<br><br>Christine<br>Vondersmith | Ashcraft & Gerel<br>120 E Baltimore St Ste 1802<br>Baltimore MD 21202-1617 | Dr. Timothy Frazier<br>545 Main St<br>Laurel MD 20707 | | |
| | | | Standard Car | | $47.25 |
| | | | Fuel Surcharge | 1 | $8.03 |
| POD: Receptionist | | | **Order Total:** | | **$55.28** |
| | | | **On Demand Totals:** | | **$55.28** |
| | | | **Customer Total:** | | **$55.28** |

Page 1 of 1

# Premier Orthopedics, P.A.

**3570 St Johns Lane Ellicott City MD 210424020**
Tel: (410) 461-9500 Fax: (410) 461-8945

**PROCEDURE HISTORY**                                                                       02/14/2024 2:00 PM (EST)

Federal Tax ID #
52-1151999

**Patient# 3393820**

RONALD A ELLIOTT                                       Home Tel#: (240) 620-7922
6924 GREENWOOD DR                                 Work Tel#:
GLEN DALE, MD 20769                                SSN: 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 Sex: M
                                                                   Birth Date: 07/14/1952 Age: 71 years

| Service Date | Code  | Description                          | Units | Fee Amt  | Provider  | Primary Diag. | Code Set |
|--------------|-------|--------------------------------------|-------|----------|-----------|---------------|----------|
| 01/22/2024   | 72100 | X-ray exam lower spine 2-3 views     | 1.00  | $165.00  | FRAZIERT  | S39.012A      | ICD-10   |
| 01/22/2024   | 95851 | Range of motion test, trunk/limb     | 1.00  | $57.00   | FRAZIERT  | S39.012A      | ICD-10   |
| 01/22/2024   | 99456 | Work/medical disability examination  | 1.00  | $975.00  | FRAZIERT  | S39.012A      | ICD-10   |

Total Charges $ 1,197.00

From: no-reply@efilingmail.tylertech.cloud

To: NGodwin@ashcraftlaw.com

Subject: Filing Submitted for Case: C-16-CV-23-001378; Ronald Elliott vs. Yann Chimi, et al.; Envelope Number: 14297657



# Filing Submitted

Envelope Number: 14297657
Case Number: C-16-CV-23-001378
Case Style: Ronald Elliott vs. Yann Chimi, et al.

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| Court | 7th Circuit |
| Date/Time Submitted | 10/23/2023 2:33 PM EST |
| Filing Type | Dismissal - Voluntary (Partial) |
| Filing Description | Amended Line of Partial Dismissal |
| Type of Filing | EFileAndServe |
| Filed By | Nicole Godwin |
| Filing Attorney | ALAN MENSH |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $0.52 |
| Payment Service Fees | $0.52 |
| Dismissal - Voluntary (Partial) | $15.00 |
| Court Fees | $15.00 |

**Total:** $15.52 (The envelope still has pending filings and the fees are subject to change)

### Document Details

| | |
|---|---|
| **Lead Document** | Amended Line of Partial Dismissal.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | Download Document |
| | This link is active for 60 days. |

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

Please do not reply to this email. It was automatically generated.

**Maverick Process Service &**
**Investigations LLC**
9 Westminster Shopping
Center #384
Westminster, MD  21157 US
(877) 838-4782
brian@mavpi.com
www.mavpi.com

| BILL TO | SHIP TO | |
|---|---|---|
| Ashcraft & Gerel, LLP | Ashcraft & Gerel, LLP | **INVOICE 10048** |
| 8403 Colesville Road | 8403 Colesville Road | |
| Suite 1250 | Suite 1250 | **DATE** 10/24/2023   **TERMS** Net 30 |
| Silver Spring, Maryland | Silver Spring, Maryland | |
| 20910 | 20910 | **DUE DATE** 11/23/2023 |
| Montgomery County | Montgomery County | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/16/2023 | **Process Service**<br>Authorized Service- Geico<br>Baltimore City<br>Case<br>C-16-CV-23-001378<br>Plaintiff<br>Ronald Elliott<br>Defendant<br>Yann Chimi, et al.<br>Filed<br>Oct 10, 2023<br>Court Date<br>Court<br>Circuit Court for Prince Georges County | 1 | 75.00 | 75.00 |
| 10/16/2023 | **Money Order and/or Check expense**<br>Service fee check to Md Insurance Commission | 1 | 15.00 | 15.00 |

FEDERAL TAX ID 473036069
We employ the best agents to get you the results you need in a timely, professional, ethical manner.
You can choose anyone, but you chose Maverick. Your success is our success!
I greatly appreciate your business
Brian

**Maverick Process Service & Investigations LLC**

9 Westminster Shopping Center #384

Westminster, MD 21157 US

(877) 838-4782

brian@mavpi.com

www.mavpi.com

| BILL TO | SHIP TO | INVOICE 10048 |
|---|---|---|
| Ashcraft & Gerel, LLP | Ashcraft & Gerel, LLP | |
| 8403 Colesville Road | 8403 Colesville Road | DATE 10/24/2023   TERMS Net 30 |
| Suite 1250 | Suite 1250 | |
| Silver Spring, Maryland 20910 | Silver Spring, Maryland 20910 | DUE DATE 11/23/2023 |
| Montgomery County | Montgomery County | |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/16/2023 | Process Service<br>Authorized Service- Geico<br>Baltimore City<br>Case C-16-CV-23-001378<br>Plaintiff<br>Ronald Elliott<br>Defendant<br>Yann Chimi, et al.<br>Filed<br>Oct 10, 2023<br>Court Date<br>Court<br>Circuit Court for Prince Georges County | 1 | 75.00 | 75.00 |
| 10/16/2023 | Money Order and/or Check expense<br>Service fee check to Md Insurance Commission | 1 | 15.00 | 15.00 |

FEDERAL TAX ID 473036069
We employ the best agents to get you the results you need in a timely, professional, ethical manner.
You can choose anyone, but you chose Maverick. Your success is our success!
I greatly appreciate your business
Brian

Payment of this invoice indicates you are aware and accept all the conditions below:

1. Prices/fees are subject to change without notice.

2. Any document cancelled after assigned, may result in a $35 admin fee.

3. Stakeout/surveillance-$95.00/hour

4. Any type of request for services rendered and received by Maverick constitutes an acceptance of our billing terms and charges, including, but not limited to a $10 per month late fee, if you fail to pay within 30 days from the date of invoice, plus reasonable court costs and attorney's fees to collect the balance due.

5. All cases with the exception of process service, are billed at a four hour minimum, (Surveillance, Special Investigations Unit (SIU), etc.)

| | |
|---|---|
| SUBTOTAL | 90.00 |
| TAX | 0.00 |
| TOTAL | 90.00 |
| TOTAL DUE | $90.00 |

FEDERAL TAX ID 473036069

We employ the best agents to get you the results you need in a timely, professional, ethical manner.

You can choose anyone, but you chose Maverick. Your success is our success!

I greatly appreciate your business

Brian