Entered: July 30th, 2024
Signed: July 30th, 2024

**SO ORDERED**

No objection filed.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>Ronald A. Elliott<br><br>*Debtor* | Case No.: 23-10161-MCR<br>Chapter 13 |

### ORDER GRANTING MOTION TO RATIFY COMPROMISE OF CONTROVERSY

Upon consideration of the Debtors' Motion to Ratify Compromise of Controversy, and any response filed thereto, it appearing that proper notice has been given, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compromise of controversy is hereby APPROVED; and it is further

ORDERED that Alan J. Mensh, Esquire, is authorized to disburse $15,503.30 from the proceeds of the Personal Injury Case for his legal representation of the Debtor Ronald A. Elliott in the Personal Injury Claim against GEICO, including recovery of costs; and it is further;

ORDERED that Alan J. Mensh, Esquire, be authorized to disburse $24,496.70 to the

Debtor as full and final payment to the Debtor of their allowed exemption in the Personal Injury Claim against GEICO.

cc: Chapter 13 Trustee
    Debtor
    Debtor's Counsel
    Alan J. Mensh, Esquire
    U.S. Trustee

**END OF ORDER**